Thomas S. Feher, Esq. (SBN 275391)
Stephen J. Wiard, Esq. (SBN 293707)
Karen A. Parra, Esq. (SBN 364542)
**FEHER LAW, APC**
357 Van Ness Way, Suite 280
Torrance, CA 90501
Tel: (310) 340-1112
Fax: (310) 742-9640
tom@feherlawfirm.com
stephen@feherlawfirm.com
sandy@feherlawfam.com
karen@feherlawfirm.com

Attorneys for Plaintiff,
KORYNNA RUBIO

Michele Haydel Gehrke (SBN 215647)
Regan M.H. Koski (SBN 346293)
**REED SMITH LLP**
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
mgehrke@reedsmith.com
rkoski@reedsmith.com

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KORYNNA RUBIO,

Plaintiff,

vs.

UNITED AIRLINES, INC., a Delaware Corporation; and DOES 1 to 100, inclusive,

Defendants.

Case No. 4:26-cv-06953-HSG

**JOINT STIPULATION TO DISMISS PLAINTIFF'S SIXTH CAUSE OF ACTION: VIOLATION OF CALIFORNIA CIVIL RIGHTS ACT WITHOUT PREJUDICE; ORDER**

State Action Filed: May 8, 2026
Removal Filed: July 8, 2026

Plaintiff KORYNNA RUBIO ("Plaintiff") and Defendant UNITED AIRLINES, INC. ("Defendant") (collectively, the "Parties"), hereby agree to the following joint stipulation seeking to dismiss Plaintiff's Sixth Cause of Action: Violation of the California Civil Rights Act without prejudice:

WHEREAS, on May 8, 2026, Plaintiff filed her Complaint for (1) Disability Discrimination in Violation of the California Fair Employment and Housing Act ("FEHA"), (2) Retaliation in Violation of FEHA, (3) Failure to Prevent Discrimination, Retaliation, and/or Harassment in Violation of FEHA, (4) Failure to Engage in an Interactive Process in Violation of FEHA, (5) Failure to Provide Reasonable Accommodation in Violation of FEHA, (6) Violation of the California Civil Rights Act ("CFRA"), and (7) Wrongful Termination in Violation of Public Policy, in San Francisco Superior Court Case No. CGC26636725;

WHEREAS, on July 8, 2026, Defendant timely removed the Complaint to federal court pursuant to the Court's diversity jurisdiction;

WHEREAS, Plaintiff seeks to dismiss her sixth cause of action, (6) Violation of the California Civil Rights Act ("CFRA"), without prejudice.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff's sixth cause of action, (6) Violation of the California Civil Rights Act ("CFRA"), is dismissed without prejudice.
2. By agreeing to this Stipulation, Plaintiff is not waiving any right she has to pursue her causes of actions for 1) Disability Discrimination in Violation of the California Fair Employment and Housing Act ("FEHA"), (2) Retaliation in Violation of FEHA, (3) Failure to Prevent Discrimination, Retaliation, and/or Harassment in Violation of FEHA, (4) Failure to Engage in an Interactive Process in Violation of FEHA, (5) Failure to Provide Reasonable Accommodation in Violation of FEHA, and (7) Wrongful Termination in

Violation of Public Policy against Defendant.

DATED: August 3, 2026

FEHER LAW, APC

By: */s/ Karen A. Parra*
Thomas S. Feher, Esq.
Stephen J. Wiard, Esq.
Sandy T. Luu, Esq.
Karen A. Parra, Esq
Attorneys for Plaintiff
KORYNNA RUBIO

DATED: August 3, 2026

REED SMITH LLP

By: */s/ Regan M.H. Koski*
Michele Haydel Gehrke
Regan M.H. Koski
Attorneys for Defendant
UNITED AIRLINES, INC.

**ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff KORYNNA RUBIO's sixth cause of action, (6) Violation of the California Civil Rights Act ("CFRA"), be dismissed without prejudice.

IT IS SO ORDERED.

Date: 8/4/2026

Haywood S. Gilliam, Jr.

UNITED STATES DISTRICT JUDGE
HAYWOOD S. GILLIAM, JR.