Michele Haydel Gehrke (SBN 215647)
Regan M.H. Koski (SBN 346293)
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
mgehrke@reedsmith.com
rkoski@reedsmith.com

Attorneys for Defendant
UNITED AIRLINES, INC.

Thomas S. Feher, Esq. (SBN 275391)
Stephen J. Wiard, Esq. (SBN 293707)
Karen A. Parra, Esq. (SBN 364542)
**FEHER LAW, APC**
357 Van Ness Way, Suite 280
Torrance, CA 90501
Tel: (310) 340-1112
Fax: (310) 742-9640
tom@feherlawfirm.com
stephen@feherlawfirm.com
sandy@feherlawfam.com
karen@feherlawfirm.com

Attorneys for Plaintiff,
KORYNNA RUBIO

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KORYNNA RUBIO,

Plaintiff,

vs.

UNITED AIRLINES, INC., a Delaware Corporation; and DOES 1 to 100, inclusive,

Defendants.

Case No. 4:26-cv-06953-HSG

**JOINT STIPULATION TO EXTEND GO 71 DISCLOSURE DEADLINE; ORDER**

State Action Filed: May 8, 2026
Removal Filed: July 8, 2026

[*Assigned to Judge Haywood S. Gilliam, Jr.*]

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Plaintiff KORYNNA RUBIO ("Plaintiff") and Defendant UNITED AIRLINES, INC. ("Defendant") (collectively, the "Parties"), hereby agree to the following joint stipulation seeking to extend the Parties General Order 71 Disclosure deadline pursuant to Civil Local Rule 6-1(b):

WHEREAS, on May 8, 2026, Plaintiff filed her Complaint for (1) Disability Discrimination in Violation of the California Fair Employment and Housing Act ("FEHA"), (2) Retaliation in Violation of FEHA, (3) Failure to Prevent Discrimination, Retaliation, and/or Harassment in Violation of FEHA, (4) Failure to Engage in an Interactive Process in Violation of FEHA, (5) Failure to Provide Reasonable Accommodation in Violation of FEHA, (6) Violation of the California Civil Rights Act ("CFRA"), and (7) Wrongful Termination in Violation of Public Policy, in San Francisco Superior Court Case No. CGC26636725;

WHEREAS, on July 8, 2026, Defendant timely removed the Complaint to federal court pursuant to the Court's diversity jurisdiction;

WHEREAS, the Parties are subject to the General Order 71 Disclosures, which are currently due by September 14, 2026;

WHEREAS, the Parties have scheduled their Rule 26(f) conference for September 16, 2026;

WHEREAS, to allow the Parties to address the scope of discovery at the Rule 26(f) conference before incurring the time and expense of preparing the General Order 71 disclosures, the Parties have agreed to extend the General Order 71 Disclosures deadline by two weeks to September 28, 2026.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Pursuant to Civil Local Rules 6-1(b), the Parties' General Order 71 Disclosures deadline is extended from September 14, 2026 to September 28, 2026.

DATED: September 14, 2026

REED SMITH LLP

By: _/s/Regan M.H. Koski_
Michele Haydel Gehrke
Regan M.H. Koski
Attorneys for Defendant
UNITED AIRLINES, INC.

DATED: September 14, 2026

FEHER LAW, APC

By: */s/Karen A. Parra*
Thomas S. Feher
Stephen J. Wiard
Karen A. Parra
Attorneys for Plaintiff
KORYNNA RUBIO

(Authorized to File on September 14, 2026)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff and Defendant's General Order 71 Disclosure deadline is extended from September 14, 2026 to September 28, 2026.

**IT IS SO ORDERED.**

Date: 9/14/2026

Haywood S. Gilliam, Jr.

UNITED STATES DISTRICT JUDGE
HAYWOOD S. GILLIAM, JR.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware