Thomas S. Feher, Esq. (SBN 275391)
Stephen J. Wiard, Esq. (SBN 293707)
Karen A. Parra, Esq. (SBN 364542)
**FEHER LAW, APC**
357 Van Ness Way, Suite 280
Torrance, CA 90501
Tel: (310) 340-1112
Fax: (310) 742-9640
tom@feherlawfirm.com
stephen@feherlawfirm.com
sandy@feherlawfam.com
karen@feherlawfirm.com

Attorneys for Plaintiff,
KORYNNA RUBIO

Michele Haydel Gehrke (SBN 215647)
mgehrke@reedsmith.com
Regan M.H. Koski (SBN 346293)
rkoski@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORYNNA RUBIO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., a Delaware Corporation; and DOES 1 to 100, inclusive, Defendants. | Case No. 4:26-cv-06953-HSG<br><br>**JOINT STIPULATION TO ADR PROCESS AND DEADLINE; ORDER**<br><br>[*Assigned to Judge Haywood S. Gilliam, Jr.*]<br><br>State Action Filed: May 8, 2026<br>Removal Filed: July 8, 2026 |

Pursuant to the Court's Civil Standing Order and instruction at the Initial Case Management Conference (ECF No. 28), Plaintiff Korynna Rubio ("Plaintiff") and Defendant United Airlines, Inc. ("United") (collectively referred to as "The Parties") hereby agree to the following joint stipulation regarding ADR process and deadline:

WHEREAS, on May 8, 2026, Plaintiff filed her Complaint for (1) Disability Discrimination in Violation of the California Fair Employment and Housing Act ("FEHA"), (2) Retaliation in Violation of FEHA, (3) Failure to Prevent Discrimination, Retaliation, and/or Harassment in Violation of FEHA, (4) Failure to Engage in an Interactive Process in Violation of FEHA, (5) Failure to Provide Reasonable Accommodation in Violation of FEHA, (6) Violation of the California Civil Rights Act ("CFRA"), and (7) Wrongful Termination in Violation of Public Policy, in San Francisco Superior Court Case No. CGC26636725;

WHEREAS, on July 8, 2026, Defendant timely removed the Complaint to federal court pursuant to the Court's diversity jurisdiction;

WHEREAS, the Parties appeared before the Court on October 13, 2026 for the Initial Case Management Conference;

WHEREAS, at the Conference, the Court ordered the Parties to submit a Joint Stipulation and Proposed Order selecting an ADR process and deadline by October 20, 2026;

WHEREAS, pursuant to the Court's order, the Parties hereby agree to proceed before the Northern District's panel mediation process and will submit three (3) mutually agreed neutrals for selection pursuant to the ADR Local Rules. The Parties further agree to complete mediation by April 30, 2027.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. The Parties will proceed before the Northern District's panel mediation process and submit three (3) mutually agreed neutrals for selection pursuant to the ADR Local Rules;
2. The Parties will complete mediation by April 30, 2027.

DATED: October 20, 2026

FEHER LAW, APC

By: */s/ Karen A. Parra*
Stephen J. Wiard, Esq.
Karen A. Parra, Esq.

Attorneys for Plaintiff
KORYNNA RUBIO

DATED: October 20, 2026

REED SMITH LLP

By: */s/ Regan M.H. Koski*
Michele Haydel Gehrke
Regan M.H. Koski

Attorneys for Defendant
UNITED AIRLINES, INC.

**ATTESTATION REGARDING SIGNATURES**

**GENERAL ORDER NO. 45, SECTION X(B) and CIVIL L.R. 5-1**

Pursuant to General Order No. 45, Section X(B) and Civil L.R. 5-1(i), the undersigned e-filer hereby attests that concurrence in the filing of this document has been obtained from all signatories.

DATED: October 20, 2026

REED SMITH LLP

By: */s/ Regan M.H. Koski*
Michele Haydel Gehrke
Regan M.H. Koski

Attorneys for Defendant
UNITED AIRLINES, INC.

**ORDER**

Having considered the Parties' stipulation and good cause appearing, the Court hereby orders:

1. The Parties will proceed before the Northern District's panel mediation process and submit three (3) mutually agreed neutrals for selection pursuant to the ADR Local Rules;
2. The Parties will complete mediation by **April 30, 2027**.

**IT IS SO ORDERED.**

Dated: 10/21/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge